**CV 14-3254**

**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMAL KAWWA,

        Plaintiff,     AMON, CH.J.

             Civil Docket No.

             **RULE 7.1 DISCLOSURE**

    -against-      POHORELSKY M.J.

TARGET CORPORATION,

        Defendant.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible recusal, counsel for defendant Target Corporation, certifies that the following are corporate parents, affiliates or subsidiaries of defendants, which are publically held:

None. Defendant Target Corporation states that it is not the subsidiary of any parent corporation, and no publicly held corporations own 10 percent or more of its stock.

Dated: New York, New York
       May 19, 2014

                                        Marshall Dennehey Warner Coleman & Goggin

                                        Adam C. Calvert (7825)
                                        Attorneys for Defendant
                                        Target Corporation
                                        88 Pine Street, 21st Floor
                                        New York, New York 10005
                                        (212) 376-6414

To:    Brielle C. Goldfaden, Esq.
       Wingate, Russotti, Shapiro
       & Halperin, LLP
       Attorneys for Plaintiff
       The Graybar Building
       420 Lexington Avenue, Ste. 2750
       New York, New York 10170
       (212) 986-7353
       Fax: (212) 953-4308

27/1885057.v1